Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho   83205-6009
Telephone:   (208) 232-4471
FAX: (208) 232-1808
Email: tsmith8206@cableone.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In the Matter of: | ) | Case No. 17-40209-JMM |
|---|---|---|
|  | ) |  |
| GARY RAYE PAULSON, | ) | Chapter 7 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**MOTION TO TURNOVER ESTATE PROPERTY**

OPPORTUNITY TO OBJECT AND FOR A HEARING

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW R. Sam Hopkins, Trustee, by and through his attorneys, pursuant to 11 U.S.C. § 542(a) and (e), and moves the Court for an order requiring the Debtor to turnover estate property. This motion is based on the following grounds:

**MOTION TO TURNOVER ESTATE PROPERTY - 1**

1.The Debtor's schedules indicate he owned a residence at 170 West 7000 South in Victor, Idaho when he filed his bankruptcy petition. (Document No. 1, p. 10.) The Debtor claimed a $100,000 exemption in this residence. (Document No. 1, p. 19.)

2.On or about March 23, 2018, the Debtor executed a warranty deed that conveyed the residence to Leah Corrigan and Benjamin Stortledge. On or about March 26, 2018, the Debtor received $49,648.01 from the net proceeds of the sale. A copy of the settlement statement is attached as Exhibit A.

3.The Debtor's residence was never abandoned from his bankruptcy estate.

4.Pursuant to Idaho Code § 55-1008, a debtor must reinvest proceeds from the sale of a homestead in another exempt homestead within one year or the exemption will lapse. *In re Marriott*, 427 B.R. 887, 893 (Bankr. D. Idaho 2010).

5.Pursuant to 11 U.S.C. § 521(a)(4), the Debtor has a duty to surrender to the Trustee estate property and all recorded information regarding estate property including books, documents, records, and papers. Similarly, pursuant to 11 U.S.C. § 542(a) and (e), the Court may order the Debtor to surrender to the Trustee estate property and recorded information regarding estate property including books, documents, records, and papers.

WHEREFORE, the Trustee requests that the Court enter an order requiring the Debtor to surrender the $49,648.01 to Trustee, or documentation that the Debtor reinvested the $49,648.01 in another homestead within one year after acquiring the funds.

DATED August 19, 2020

SPINNER, WOOD & SMITH

By /s/ _____
Thomas D. Smith

**MOTION TO TURNOVER ESTATE PROPERTY - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 19, 2020, I served a true and correct copy of the foregoing document as follows:

| | | |
|---|---|---|
| U.S. Trustee | [ ] | U.S. Mail, postage prepaid |
| | [ ] | Hand Delivery |
| ustp.region18.bs.ecf@usdoj.gov | [x] | ECF Notice |
| | [ ] | Facsimile |
| | | |
| Ryan E. Farnsworth | [ ] | U.S. Mail, postage prepaid |
| | [ ] | Hand Delivery |
| ryan@averylaw.net | [x] | ECF Notice |
| | [ ] | Facsimile |
| | | |
| Gary Raye Paulson | [x] | U.S. Mail, postage prepaid |
| 170 West 7000 South | [ ] | Hand Delivery |
| Victor, Idaho 83455 | [ ] | ECF Notice |
| | [ ] | Facsimile |

By: /s/
Thomas D. Smith

| American Land Title Association | ALTA Settlement Statement - Seller |
| --- | --- |
| | Adopted 05-01-2015 |

| File No.: 665296-T<br>Printed: 03/27/2018, 3:19 PM<br>Officer/Escrow Officer: Teresa Mangum/tm<br>Settlement Location:<br>81 North Main Street/P.O. Box 42, Driggs, ID 83422 | **First American Title Company**<br><br>81 North Main Street/P.O. Box 42 • Driggs, ID 83422<br>Phone: (208)354-2771   Fax: (714)929-5136<br>**Final Settlement Statement** |  |

Property Address: 170 West 7000 South, Victor, ID 83455
Buyer: Leah Corrigan, Benjamin Shortledge
Seller: Gary Raye Paulson
Lender: Home Point Financial Corporation
Settlement Date: 03/26/2018
Disbursement Date: 03/26/2018

| Description | Seller Debit | Seller Credit |
| --- | ---: | ---: |
| **Financial** | | |
| Sale Price | | 591,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes 01/01/18 to 03/26/18 @$2,839.30/yr | 653.43 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Owner's Title Insurance (optional) | 2,045.00 | |
| Policy-Owner's Policy to First American Title Company | | |
| Title - Reconveyance Fee-Purchase | 20.00 | |
| Reconveyance Fee-Purchase to First American Title Company | | |
| Title - Reconveyance Tracking | 40.00 | |
| Reconveyance Tracking to First American Title Company | | |
| Title - Settlement or Closing Fee | 800.00 | |
| Settlement or Closing Fee to First American Title Company | | |
| Title - Courier and Handling Fee Seller | 21.00 | |
| Courier and Handling Fee Seller to First American Title Company | | |
| Title - e-document filing fee | 18.00 | |
| e-document filing fee to First American Title Company | | |
| | | |
| **Commission** | | |
| Real Estate Commission to Jackson Hole Real Estate Associates, LLC | 17,730.00 | |
| Jackson Hole Real Estate Associates, LLC Credit to Seller | | 2,000.00 |
|     Broker Credit $2,000.00 | | |
| Real Estate Commission to Spitzer Realty, LLC | 17,730.00 | |
| Spitzer Realty, LLC Credit to Seller | | 2,000.00 |
|     Broker Credit $2,000.00 | | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee-Deed | 45.00 | |
| Recording Fee-Release | 30.00 | |
| Recording Fee-Vacate Easement | 70.00 | |

This is a summary of the closing transaction prepared by First American Title Company. This document is not intended to replace the Closing Disclosure form.

| Copyright 2015 American Land Title Association.<br>All rights reserved | Page 1 of 2 | File # 665296-T<br>Printed on 03/27/2018 at 3:19 PM |
| --- | :---: | --- |

Exhibit A

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| Recording Fee-Miscellaneous | | |
| | | |
| **Payoff(s) and Payment(s)** | | |
| Robert W. McDonald, Esq | | |
| Payoff to Robert W. McDonald, Esq | 503,949.91 | |
| | | |
| **Miscellaneous** | | |
| Sewer pumped to Valley Septic & Drain, Inc. | 480.00 | |
| 2nd Half of 2017 Taxes to Teton County | 1,419.65 | |
| Vacate Easement ***ESTIMATE*** to A-W Engineering | 300.00 | |
| | | |
| **Subtotals** | 545,351.99 | 595,000.00 |
| Due To Seller | 49,648.01 | |
| Totals | 595,000.00 | 595,000.00 |

### Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize First American Title Company to cause the funds to be disbursed in accordance with this statement.

Seller(s):

*[DocuSigned signature]*

Gary Raye Paulson

*[Signature]*
Escrow Officer: Teresa Mangum

This is a summary of the closing transaction prepared by First American Title Company. This document is not intended to replace the Closing Disclosure form.

Copyright 2015 American Land Title Association.
All rights reserved
Page 2 of 2
File # 665296-T
Printed on 03/27/2018 at 3:19 PM